# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158957(46)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DANIEL WALKER and NANCY WALKER,
      Plaintiffs-Appellees,

v

WILLIAM BEAUMONT HOSPITAL and SAID
HAFEZ KHAYYATA, M.D.,
      Defendants-Appellants.
_____/

SC: 158957
COA: 337824
Oakland CC: 2015-145904-NH

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before March 18, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2019



Clerk